1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JUAN L. VIELMAN,

     Petitioner,

  v.

WILLIAM KNIPP, Warden,

     Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-4387 JHN (JCG)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

   Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that jurists of reason would find it debatable whether the Court was correct in its procedural ruling. As a result, a Certificate of Appealability ("COA") is denied. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (holding that when a court dismisses a petition on procedural grounds, a COA should issue only when a "prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right *and* that jurists of reason would find it debatable whether the

1    district court was correct in its procedural ruling[]") (emphasis added).

2           Accordingly, IT IS ORDERED THAT:

3           1.     Judgment shall be entered dismissing the action with prejudice.

4           2.     The Clerk shall serve copies of this Order and the Judgment herein on

5    the parties.

6           3.     A Certificate of Appealability is denied.

7

8

9    DATED: September 6, 2011

10                                        _____

11                                        HON. JACQUELINE H. NGUYEN
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28