# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN L. VIELMAN,<br><br>           Petitioner,<br><br>     v.<br><br>WILLIAM KNIPP, Warden,<br><br>           Respondent. | Case No. CV 10-4387 JHN (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: September 6, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE